# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT MOUNT, an individual, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 10-CV-666-CVE-PJC |
| | ) |
| WALGREEN CO., a foreign | ) |
| for profit business corporation, | ) |
| | ) |
| DEFENDANT. | ) |

## OPINION AND ORDER

Based upon the statement in Plaintiff's Application for Attorney Fees Regarding Enforcement of Settlement Agreement [Dkt. 36] that the settlement checks have been delivered, the Show Cause Hearing set for June 7, 2011, before the undersigned is stricken.

A response and reply to Plaintiff's Application for Attorney Fees [Dkt. 36] may be filed pursuant to local rules.

SO ORDERED this 3rd day of June, 2011.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE